**FILED**

OCT 21 2013

Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT FOR THE

FILED

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2005 JUL -1 P 2: 38

CLERK US DISTRICT COURT
ALEXANDRIA. VIRGINIA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No: 1:05mj 482 |
| v. ) | |
| ) | |
| JAMES JOHNSON ) | Date: July 6, 2005 |
| 1436 R ST. NW PARK ) | |
| WASHINGTON, D.C. 20009 ) | |
| ) | |

Case: 1:13-MJ-789
Assigned To: Magistrate Judge Deborah A. Robinson
Assign. Date: 10/21/2013
Description: Arrest Warrant Removal

**CRIMINAL INFORMATION**

(Count I - Misdemeanor – A1426660 / EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 24, 2005, at Fort Myer, Virginia, within the special

maritime and territorial jurisdiction of the United States within the Eastern District

of Virginia, the defendant, James Johnson, did unlawfully, knowingly and

intentionally assault Rosa Silvey.

(Violation of Title 18 United States Code, Section 13 assimilating Virginia State
Code section 18.2-57)

(Count II - Misdemeanor – A1426661 / EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 24, 2005, at Fort Myer, Virginia, within the special

maritime and territorial jurisdiction of the United States, in the Eastern District of

Virginia, the defendant, James Johnson, did steal merchandise of a value less than

$1000, the property of the United States and a department and agency thereof, to

wit:  Merchandise from the Post Exchange, Fort Myer, Virginia.

(Violation of Title 18, United States Code, Section 641)

(Count III - Misdemeanor – A1426662 / EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 24, 2005, at Fort Myer, Virginia, within the special

maritime and territorial jurisdiction of the United States, in the Eastern District of

Virginia, the defendant, James Johnson, did unlawfully enter a military post for a

purpose prohibited by law or lawful regulation, to wit: unlawfully gaining access

without rendering proper identification.

(Violation of Title 18, United States Code, Section 1382)

Respectfully submitted,

PAUL J. McNULTY
UNITED STATES ATTORNEY

By: _____
BRIGID OSEI-BOBIE
Special Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___1st___ th day of June 2005, a true and

correct copy of the Criminal Information was mailed, postage prepaid, to:

JAMES JOHNSON
Address on Record

By:_____
BRIGID OSEI-BOBIE
Special Assistant U. S. Attorney

00140-2005

Scaled **Pursuant to the**
Government **Act of 2002**

**United States District Court**
**Violation Notice**

Code
L V-17

Violation No.
A1426960

Print Officer Name
_Banfield_

Officer No.
B1925

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 2 Jun 05 / 1250
Offense Charged: Title 18 USC Sec 113

Place of Offense: Post Exchange  Fort Myer, VA  22211

Offense Description: Title 18 USC Sec 113
Assault

32 CFR Sec. 634.25 (f)

Defendant's Last Name: JOHNSON
First Name: James
M.I.

Street Address: 1736 B St. NW Park

City: Washington
State: D.C.
Zip Code: 20009
Date of Birth: 5/11/05

D.L. No.
D.L. State
Social Security No.

VEHICLE DESCRIPTION

Vehicle Tag No.
Vehicle Tag State
Year
Vehicle Make
Vehicle Color

A  [X] YOU MUST APPEAR IN COURT.  SEE INSTRUCTIONS.
B  [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW
        AND MAIL THIS FORM WITHIN 21 DAYS.  SEE INSTRUCTIONS.
    __  I wish to terminate this matter by paying the collateral shown
        below, enclosed.
    __  I plead not guilty and promise to appear as required

YOUR COURT DATE

Court Address: 401 Court House Square
Alexandria, VA 22314
Date: 6 July 2005
Time: 0900 am

Collateral (Sum):
N. CA
For payment by credit card. SEE INSTRUCTIONS.

DD FORM 1805, SEP 1998    Original - CVB Copy    Previous edition is obsolete
(Accused is unable upon issuance to the offender
and will present to the Appropriate Central
Violation Bureau (Magistrate Court).)

_Prosecute_
_Buyd Banfield_

_19 July 2005_

A1426960